# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NASHWAN AL-RAMER ABDULRAZZAQ,

*Petitioner*,

v.

BARACK H. OBAMA, et al.,

*Respondents*.

Civil Action No. 09-1462 (EGS)

## JOINT STATUS REPORT

Undersigned counsel respectfully submit this joint status report. The parties have conferred and state the following:

1. On August 14, 2013, the parties filed a joint status report [ECF No. 45] in which they (1) represented that they are engaged in discussions regarding dismissing this habeas case without prejudice in light of the military commission charges sworn against Petitioner[1] and (2) requested an additional 60 days to continue to confer regarding dismissal. The Court issued a minute order that same day requiring that by October 15, 2013, the parties file either an appropriate stipulation of dismissal or this joint status report and recommendation for further proceedings.

2. Petitioner's counsel has been unable to visit Guantanamo Bay to confer with Petitioner, and a phone call is not currently feasible. Petitioner's counsel attempted to visit during September, but was unable to do so because of the unavailability of a Top-Secret cleared

---

[1] On June 10, 2013, charges alleging various offenses triable under the Military Commission Act of 2009 were sworn against Petitioner; the chief prosecutor endorsed and forwarded those charges to the convening authority. See U.S. Dept. of Defense News Release, June 10, 2013, http://www.defense.gov/releases/release.aspx?releaseid=16086. Petitioner has been assigned military counsel to represent him during proceedings arising from the military commission charges.

interpreter. Petitioner's counsel has therefore been unable to advise his client regarding dismissal without prejudice.

3. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. For these reasons, the parties have not been able to continue their discussions regarding dismissal without prejudice.

5. Petitioner's counsel does not believe his office will have funds available for a visit to Guantanamo in the foreseeable future. Petitioner's counsel therefore intends to attempt to communicate with Petitioner through appointed military counsel, including a recommendation that the above-caption petition be dismissed without prejudice pending the resolution of the military commission charges.

6. The parties therefore respectfully propose that they continue to confer regarding possible dismissal without prejudice and file, by no later than December 15, 2013, either an appropriate stipulation reflecting any such agreement reached or a joint status report and recommendation for further proceedings.

| | |
|---|---|
| Date: October 8, 2013 | Respectfully submitted, |
| | STUART F. DELERY<br>Assistant Attorney General |
| */s/ William H. Dazey*<br>WILLIAM H. DAZEY<br>Indiana Federal Community Defenders<br>Suite 752<br>111 Monument Circle<br>Indianapolis, IN 46204<br>(317) 383-3520<br><br>*Attorneys for Petitioner* | JOSEPH H. HUNT<br>Director<br><br>TERRY M. HENRY<br>Assistant Branch Director<br><br><br>*/s/ Robert J. Prince*<br>ANDREW I. WARDEN<br>ROBERT J. PRINCE<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel: (202) 305-3654<br>Fax: (202) 616-8470<br>robert.prince@usdoj.gov<br><br>*Attorneys for Respondents* |